# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-13-00374-CV

### B. D. H. and R. E. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY,
### NO. 2011V-331, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants B. D. H. and R. E. S. filed their notices of appeal on May 15, 2013 and May 22, 2013 respectively.  The appellate record was complete June 18, 2013, making appellants' brief due July 8, 2013.  On June 28, 2013, appellants filed a motion for extension of time to file appellants' brief.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition).  The accelerated schedule constrains this Court's leeway in granting extensions.  In this instance, we will grant the motion in part and order B. D. H. and R. E. S. to file appellants' brief no later than July 23, 2013.

It is ordered on July 3, 2013.

Before Chief Justice Jones, Justices Pemberton and Field